Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOSEPH J. SALLES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH J. SALLES, ) | Case No.:  2:15-CV-02428 CMK |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| ) | |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ———————————————— ) | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Joseph J. Salles ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to August 11, 2016; and that Defendant shall have until September 12, 2016, to file her opposition.  Any reply by plaintiff will be due October 3, 2016.

An extension of time for plaintiff is needed in order to allow Counsel to deal with complications arising from his Spouse's terminal illness, including unfortunate news last week of a second independent cancer diagnosis of multiple myeloma in addition to the existing stage 4 breast cancer.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 10, 2016		Respectfully submitted,

		LAW OFFICES OF LAWRENCE D. ROHLFING

		   /s/ *Steven G. Rosales*
		BY: _____
		Steven G. Rosales
		Attorney for plaintiff


DATED:  June 10, 2016		BENJAMIN WAGNER
		United States Attorney



		*/S/- Chantal R. Jenkins

		_____
		Chantal R. Jenkins
		Special Assistant United States Attorney
		Attorney for Defendant
		[*Via email authorization]

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including August 11, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to September 12,
4 2016 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due October 3, 2016.
6  IT IS SO ORDERED.

8 Dated:  June 14, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-3-