Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOSEPH J. SALLES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH J. SALLES, | Case No.:  2:15-CV-02428 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Joseph J. Salles ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 22, 2016; and that Defendant shall have until October 24, 2016, to file her opposition.  Any reply by plaintiff will be due November 14, 2016.

A second extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter as well as the demands arising from complications related to Counsel Spouse's terminal illness which has unexpectedly worsened in the last few weeks.  Subsequent to a surgical procedure on July 6, 2016 to remove tumors in the spine/hip as a result of stage 4 breast cancer, Counsel's spouse was not discharged until July 9, 2016 and then Counsel's spouse was re-admitted to the hospital for 5 days on July 15, 2016 due to complications arising from the July 6th surgery.  Counsel's spouse was also recently admitted on August 1, 2016 and then discharged on August 5, 2016, to provide treatment for intractable pain related to the terminal illness.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 11, 2016                    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  August 11, 2016              BENJAMIN WAGNER
United States Attorney


*/S/- Chantal R. Jenkins

_____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including September 22, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to October 24,
4 2016 to file her opposition, if any is forthcoming. Any reply by plaintiff will be
5 due November 14, 2016.
6  IT IS SO ORDERED.
7 Dated: August 16, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE