Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOSEPH J. SALLES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH J. SALLES, | ) Case No.:  2:15-CV-02428 CMK |
| Plaintiff, | ) STIPULATION TO EXTEND |
| vs. | ) BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Joseph J. Salles ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to November 7, 2016; and that Defendant shall have until December 7, 2016, to file her opposition.  Any reply by plaintiff will be due December 27, 2016.

-1-

1    An extension of time for plaintiff is needed in order to properly address the

2    issues within the administrative record in this matter as well as the demands arising

3    from complications related to Counsel Spouse's terminal illness which has

4    unexpectedly worsened in the last few weeks as noted in the prior request for more

5    time.  Counsel has been required to devout time to planning and managing the

6    transition to end of life care for his spouse.  Counsel required time to deal with this

7    change in condition and has taken steps to secure the at home hospice level care

8    which his spouse now requires in order to better allow him to attend to his

9    professional obligations.

10   Counsel sincerely apologizes to the court for any inconvenience this may

11   have had upon it or its staff.

12

13   DATE: September 28, 2016          Respectfully submitted,

14                                    LAW OFFICES OF LAWRENCE D. ROHLFING

15                                        /s/ *Steven G. Rosales*
                                      BY: _____
16                                    Steven G. Rosales
                                      Attorney for plaintiff
17

18   DATED:  September 28, 2016       BENJAMIN WAGNER
                                      United States Attorney
19

20

21                                    */S/- Chantal R. Jenkins

22                                    _____

23                                    Chantal R. Jenkins
                                      Special Assistant United States Attorney
24                                    Attorney for Defendant
                                      [*Via email authorization]
25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2 and including November 7, 2016, in which to file Plaintiff's Motion for Summary

3 Judgment or Remand; Defendant may have an extension of time to December 7,

4 2016 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be

5 due December 27, 2016.

6    IT IS SO ORDERED.

7

8 Dated:  September 30, 2016

9                                             CRAIG M. KELLISON

10                                            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26